

Office of the Clerk
United States Bankruptcy Court, Northern District of California
San Francisco Division

Gloria L. Franklin,
Clerk of Court
P.O. Box 7341
San Francisco, CA 94120-7341
Phone: (415) 268-2300

2013 MAY 14  A 8: 33

Elizabeth Lucero,
Division Office Manager
235 Pine Street, 19th Floor
San Francisco, CA 94104
Phone: (415) 268-2312

May 8, 2013

Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

CV 13 2192 CRB

Re:  Transmittal of Documents: **Notice of Appeal** filed on April 15, 2013, Heller Ehrman LLP v Orrick, Herrington & Sutcliffe LLP, Adversary Case No. 10-3234, Honorable Dennis Montali. Lead 08-32514 DM

Dear Clerk:

We are transmitting the following documents to your court for the above referenced matter:

- Certified Copy of Order Granting Plaintiff's Motion For Partial Summary Judgment And Denying Defendant's Cross-Motions for Summary Judgment On Plaintiff's Claims For Constructive Fraudulent Transfer entered on March 19, 2013.

- Defendant Orrick, Herrington & Sutcliffe LLP's Notice of Appeal filed on April 15, 2013 by Orrick, Herrington & Sutcliffe LLP.

- Defendant Orrick, Herrington & Sutcliffe LLP's Statement Of Election To Have Appeal Heard By District Court filed on April 15, 2013 by Orrick, Herrington & Sutcliffe LLP.

- Defendant Orrick, Herrington & Sutcliffe LLP's Notice Of Motion And Motion For Leave To Appeal filed on April 15, 2013 by Orrick, Herrington & Sutcliffe LLP.

- Defendant Orrick, Herrington & Sutcliffe, LLP's Memorandum Of Points And Authorities In Support Of Motion For Leave To Appeal filed on April 15, 2013 by Orrick, Herrington & Sutcliffe LLP.

- Joint Stipulation To Extend Time filed on April 25, 2013 by Heller Ehrman LLP.

- Stipulated Order To Extend Time entered on April 26, 2013.

- Plaintiff's Answer In Opposition To Defendant's Motions For Leave To Appeal filed on May 6, 2013 by Heller Ehrman LLP.

- Declaration Of Christopher D. Sullivan In Support Of Plaintiff's Answer In Opposition For Leave To Appeal filed on May 6, 2013 by Heller Ehrman LLP.

- Declaration Of Allan B. Diamond In Support Of Plaintiff's Opposition For Leave To Appeal filed on May 6, 2013 by Heller Ehrman LLP.

- Court Certificate of Mailing.

\*\*\* Included is Court's Docket Sheet.

If you have any questions, please let me know. Also, please acknowledge receipt on the copy of this letter.

Sincerely,

Gloria L. Franklin
Clerk of Court

By: _____
Deputy Clerk, Anna Cho-Wong

Enclosures (11)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACKNOWLEDGMENT OF RECEIPT

The certified documents for the above referenced matter was received on:_____.

We have assigned a new case number for all the above referenced matter:_____.