IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE HELLER EHRMAN LLP,

    Liquidating Debtor.

_____

HELLER EHRMAN LLP

    Plaintiff,

  v.

ORRICK, HERRINGTON & SUTCLIFFE LLP,

    Defendant.
_____/

No. CV 13-2192 CRB

**ORDER DENYING MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL**

    This case stems from the dissolution of the law firm Heller Ehrman LLP ("Heller"). Defendant seeks leave from this Court to appeal from the Bankruptcy Court's interlocutory summary judgment ruling on a fraudulent transfer claim brought by Heller's plan administrator. Having considered whether the appeal presents a controlling question of law as to which there is substantial ground for difference of opinion, and whether an immediate appeal would materially advance the ultimate termination of the litigation, see 28

//
//
//

U.S.C. § 158(a)(3); In re Belli, 268 B.R. 851, 858 (B.A.P. 9th Cir. 2001); Oliner v. Kontrabecki, 305 B.R. 510, 527 (N.D. Cal. 2004), the Court DENIES the motion.

**IT IS SO ORDERED.**

Dated: May 20, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE